UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

         Plaintiff,

Case No. 2:22-mc-50990

HONORABLE STEPHEN J. MURPHY, III

v.

GORDON PESOLA,

         Defendant.
_____/

## ORDER TO PAY

The United States requested a writ of garnishment. ECF 3. The writ was served on Garnishee Rapid Coating Solutions. ECF 6. Garnishee filed its answer and disclosed that Gordon Pesola is entitled to receive a monthly distribution, in the amount of $726.21, based on a "Membership Redemption Agreement and Promissory Note." ECF 10, PgID 56–57. The parties informed the Court's chambers that Mr. Jerry R. Abraham of Abraham & Rose, P.L.C., Defendant Pesola's lawyer, reviewed the answer with Defendant. And Defendant did not object to the answer. After reviewing the matter and finding that it is in the best interest of the parties:

**IT IS HEREBY ORDERED** that beginning on the date of the service of the writ of garnishment, which date is on or about June 16, 2022, Rapid Coating Inc. must **REMIT** 20% of the funds due Gordon Pesola under the terms of the Redemption Agreement and Promissory Note, to the Clerk of the Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette, Attn: Financial, Detroit, MI 48226.

1

**IT IS FURTHER ORDERED** that the Clerk of the Court must **DISTRIBUTE** said funds in accordance with the provisions in the judgment in *USA v. Pesola*, Case No. 2:19-cr-20844 (E.D. Mich. Apr. 12, 2022), ECF 59.

**IT IS FURTHER ORDERED** that this garnishment must **REMAIN IN EFFECT** until such time as the debt in *USA v. Pesola*, Case No. 2:19-cr-20844 (E.D. Mich. Apr. 12, 2022), ECF 59 is paid in full, the Garnishee does not have custody or control of any assets belonging to or due to Gordon Pesola, or further order of the Court.

**SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: November 3, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 3, 2022, by electronic and/or ordinary mail.

s/ David P. Parker
Case Manager